**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Victor Hugo SERMENO, a.k.a. Carlos,**
**Defendant–Appellant.**

**No. 12–12583**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

May 15, 2013.

Steven E. Butler, Gloria A. Bedwell, Kenyen Ray Brown, Donna Barrow Dobbins, U.S. Attorney's Office, Mobile, AL, for Plaintiff–Appellee.

Jan Jones, Law Office of Jan Jones, Mobile, AL, for Defendant–Appellant.

Before MARCUS, MARTIN and FAY, Circuit Judges.

**PER CURIAM:**

Eleanor J. Jones, appointed counsel for Victor Sermeno in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Sermeno's conviction and sentence are **AFFIRMED.**